UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DANIEL QUINTERO ESTUPINAL,

   Petitioner,

v.                                                                  Case No: 5:22-cv-617-WFJ-PRL

WARDEN, FCC COLEMAN LOW,

   Respondent.
_____

### ORDER DISMISSING CASE

Petitioner initiated this case on November 28, 2022, by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. *See* Doc. 1. On December 8, 2022, the Court's Standing Order was returned and marked as undeliverable "incorrect BOP number", the Court re-sent the order with Petitioner's correct inmate register number (Doc. 3). The Court's order (Doc. 2) instructed Petitioner to apply for pauper status or pay the filing fee within thirty days upon pain of dismissal. However, Petitioner ignored the order and failed to pay the required filing fee or file a request to proceed as a pauper within thirty (30) days of the commencement of the case. Thus, this case is dismissed without prejudice. *See* 28 U.S.C. § 1914(a); *see also* Local Rule 6.04(b).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice.

2. The **Clerk of Court** shall enter judgment and close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 24, 2023.

1

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies furnished to: Pro Se Party